## Klein, Appellant, *v.* Ginter et ux.

Argued November 16, 1973. *Stewart*

*B. Barmen,* with him *Raphael, Sheinberg and Barmen,* for appellant; *James A. Ashton,* for appellee.

Order affirmed.

SPAULDING, J., absent.